*Circuit court of the United States*
*Southern division for the State of Michigan*

UNITED STATES CIRCUIT COURT – EAS

Case:1:24-cv-12385
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 09-11-2024 At 11:52 AM
CMP MISTY LEANN THOMPSON V 54TH CIRCUIT COURT, ET AL (LG)

Misty-leann: Thompson )
private American national )
c/o 1018 East Caro Road )
caro, michigan [48723] )
united states of america )
)
Misty-leann: Thompson )
)
    *Complainants,* )
)
vs. )
)
54th Circuit Court as a whole )
440 North State Street )
Caro, Michigan [48723] )
)
Tuscola County Prosecutors Office )
as a whole )
207 East Grant Street )
Caro, Michigan [48723] )
)
Michigan State Police Caro Post )
as a whole )
1485 Cleaver Road )
Caro, Michigan [48723] )
)
Tuscola County Sheriff's Department )
as a whole )
420 Court Street )
Caro, Michigan [48723] )

C

In Relation to prayers for
Declaratory, Special, General and
Injunctory Relief in the nature of an
Original Bill in Equity

Case #

Sealed, Not For Publication

## Notice of Conflicts and Variance Demand to exclude Public and Press, and Proceed Ex Parte, In Camera hearing, Demand to Show Cause

**To:** Judge/Chancelor, I move the court to restrain the public, to exclude the public and press, to proceed "Ex Parte" to hear my special private equitable cause as a private Citizen of the United States; and in support supply the following Affidavit:

## Affidavit of Truth

I, **Misty-Leann**, *De Char Et De Sank, in esse* and *sui juris*, "not" **pro se**, the complainant of this special cause, comes now by way of special restricted ministerial visitation, not in special or general appearance, a "friend" of the court and affiant herein, affirm that the statements in this affidavit of "Notice of Conflict and Variance of Law/Demand to Show Cause" are true of my own first hand personal knowledge, except as to the matters therein stated to be on information and belief, and these matters I believe to be true.

1. I am making a special restricted ministerial visitation, and am *De Char Et De Sank, in esse, sui juris, in personam*, of the age of majority and competent to testify on my own behalf;
2. I am competent to state the matters set forth herein;
3. I am the primary complainant seeking equitable relief under the jurisdiction of exclusive equity jurisprudence protected under The Constitution of The United States of America, Maxims of Equity and equity jurisprudence;
4. I am not a volunteer to the subject matter property of my complaint;
5. I am clothed with unalienable rights protected under the executed "The unanimous Declaration of the thirteen United States of America" established *ab initio the year of my lord and savior 4 July 1776*;
6. I am not subject to the public marital due process of law;
7. I am not subject to your Trading with the Enemy Act of March 9, 1933, not to your Emergency Banking Relief Act, and nor to your Emergency War Power Act, (Proclamation 2040) now both of which are carried forward as your 12 U.S.C. 95b and your 50 U.S.C. App. 5(b).
8. I am only subject and bound by the exclusive jurisdiction of a civilian due process of under exclusive jurisdiction of equity, and my unenumerated rights are protected by spirit, intent and unremunerated fundamental rights and privileges of The Constitution of the United States of American and its equity jurisprudence;
9. I am not a quasi-corporate, Public "U.S. citizen" in interstate and foreign commerce. For said Public "U.S. citizen" (having once held original, *de jure* citizenship status conferred by Section 1 of the 14th Amendment to the Constitution of the United States of America on the day of this natural birth) holds as inferior grade of citizenship status through an implied surety/commercial contract created by operation of law upon its filing with a third party record keeper/public office in the state of its surety's natural birth.
10. I am entitled to constitutional right to a civilian due process of law (as opposed to a marital/emergency war powers due process of law) secured from federal infringement

Page 1 of 6

by the Fifth Amendment and secured from state infringement by the Fourteenth Amendment to The Constitution of The United States of America.

11. I have a fundamental conflict being subjected to a marital/emergency war powers due process of law (criminal and/or civil) by the temporary marital/public court jurisdiction in its mistaken attempt to use this Court to impose said marital Emergency War Powers due process of law, evidenced by the display of military colors in the courtroom (flags trimmed in gold fringe and/or draped with gold cords and tassels) and also evidenced by the use of military "name of war" (spelled with all upper case letters with or without abbreviations) set forth in the action, in violation of Affiant's constitutional right to a peacetime/civilian due process of law on both a federal and state level;

12. I have a fundamental conflict in being mistakenly treated temporary marital/public court jurisdiction as though Affiant is a *de facto* "rebel" and/or a *de facto* "belligerent" publicly residing in a state deemed a *de facto* "conquered territory" ruled by a *de facto* emergency war powers military government at the direction of The President of the United States sitting in a "temporary," extra-constitutional, emergency war powers capacity as a *de facto* marital Conqueror and military Commander in chief over every "person within the United States" (defined by your "Emergency Banking Relief Act") and "subject to the jurisdiction thereof [the United States]" (your 12 USC 95a), both artificial and natural, both civilian and military;

13. I have a fundamental conflict with the temporary marital/public court jurisdiction because Affiant owes no 'temporary" allegiance to the "temporarily" established, *de factor*, Emergency War Powers military government imposed on March 9, 1933 (12 USC 95a), it having ousted and replaced the *de jure,* constitutional government of the United States of America (in force from March 4, 1789, to March 9, 1933) intended to be restored once the "temporary" emergency has been terminated by the president, acting in the capacity of Commander in chief, by repealing Proclamation 2040, the Emergency War Powers Congress also repealing the wicked "Emergency Banking Relief Act" (12 USC 95a & b) as well as the "Trading With the Enemy Act" (especially 50 USC App. 5(b) and thereby, on that glorious day, restoring non-surety, *de jure*, Private American Citizenship status to all Americans as well as restoring peacetime, constitutional, *de jure* "jurisdiction of the United States" (executive, legislative and judicial) throughout the land;

14. My cause of action are purely equitable and not cognizable at law—much less at marital due process—and rely exclusively on the recognition and enforcement of purely equitable rights;

15. I do not rely on legal nature Statutes and Codes but the essential soul, spirit, warp and woof of the Maxims of Equity (Box v. Tanier, 4 Cates, 409, Beard, Ch. J., Kent's Com., 553);

16. I am generally Constitutionally entitled to a jury of his peers, however, I am jurisdictionally prohibited from jury trial of my peers unless the peers are all certifiably private citizens of the United States as Affiant; and state that my equitable cause is complex accounting and when a jury trial is not suitable for the subject matter a court of equity shall take jurisdiction;

17. I am without full facts of the assets of the trust and relies exclusively on the mode of compelling the defendant/trustee to make disclosure and therefore a discovery by suit in equity is indispensable (Pomeroy §229);
18. I am without full and adequate relief at law given that at law does not recognize the primary rights and duties, estates and interests which it creates, and the remedial rights and duties enforced by the various remedies which it confers, and at law does not present the principles, doctrines, and rules concerning these primary rights, estates, and interests (Pomeroy §128);
19. My private equitable rights of a purely substantive nature are inherently in conflict with the general rules of law, State adopted "General Rules of Civil Procedure", Federal Rules of Civil Procedure *ab initio* 1938, and your general at law martial due process *de facto* marital government since President Roosevelt's Proclamation 2040 and the Emergency War Powers Act of 1933;
20. My rights are purely equitable by nature because they are rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executor regarding ALL securities, negotiable instruments, contracts and other chattels;
21. My particular rights are only cognizable in a court of exclusive equity; the exclusive equitable jurisdiction, or the power of the courts to adjudicate upon the subject-matters coming within that jurisdiction, exists independently of the adequacy or in adequacy of the legal remedies obtainable under the circumstances of any particular case" (Pom. Eq. Juris. §218);
22. I require exclusive equity to where the exercise of the power to adjudicate upon, maintain, enforce, or protect purely equitable primary rights, interests, or estates does not at all depend upon any insufficiency or inadequacy of legal methods and remedies, but solely upon the fact that these primary rights, interests, or estates are wholly equitable, are not recognized by the law or cognizable by the courts of law, and there is therefore no other mode of maintaining and enforcing them except by the courts of equity.  Wherever the complaining party has purely equitable primary rights, interests, or estates according to the doctrines and principles of the equity jurisprudence, courts having equitable powers do and must exercise their exclusive jurisdiction over the case, entirely irrespective of the adequacy or inadequacy of legal remedies, for the plain and sufficient reason that the litigant party cannot possibly obtain any legal remedies under the circumstances; <u>the courts of law do not recognize his rights, and cannot adjudicate upon nor protect his interests and estates" (Pom. Eq. Juris. §119);</u>
23. <u>i state that</u> "The exclusive equity jurisdiction is not ousted by statute or else by any express terms or clear and necessary implication.  Equitable jurisdiction once having attached to the case, will be maintained for the final adjudication of all rights involved (Charles Phelps "Jurid. Eq." §268);
24. ***"In all matters in which there is any conflict or variance between the rules of Equity and the rules of the common law, with reference to the same matter, the rules of Equity shall prevail."*** "And thus in England the triumph of the righteous principles of Equity over the rules of the common law is complete, and, no doubt, final" (Gibson Suits in Chancery §9;21, §68; Pom. Eq. Juris §12; 124, Biph. Pr. Eq. §1-11;)."

25. Due to my strict reliance on the proper and complete good faith treatment of fiduciaries in the absence of a guardian/ward relation Affiant is wholly without adequate remedy at-Law—even without the public martial process—and thus has an inherit conflict with the rules at-Law pre-1933: "Generally, in all matters in which there is any conflict between the rules of equity and the rules of the common law with reference to the same matter, the rules of equity shall prevail" (Judicature Act 1873):
    1. FLANIGUN v. SABLE, 44-417, 46; 854, Supreme Court of Minnesota
    2. RUDISILL v. WHITENER, 146 N.C. 403 (1907), Supreme Court of North Carolina
    3. STATE EX REL. KNOX v. SPEAKES ET AL., 144 Miss. 125 (1926), Supreme Court of Mississippi
    4. EX PARTE SEDILLO, 34 n.m. 98 (1929), Supreme Court of New Mexico
    5. Your TRANS. FREIGHT LINES v. QUIMBY, 281 Mich. 149 (1968), Supreme Court of Michigan
    6. Your ELLIS v. ESTATE OF ELLIS, 2007 UT 77, Supreme Court of Utah
26. The modern merged legal system known as "concurrent jurisdiction" or "one criminal action" is in conflict with my right to a distinct separate mode and jurisdiction of Equity under The Constitution of The United States of America;
27. The Supreme Court [states] that section two of Article III of the Constitution prohibits the combining of legal and equitable procedure and remedies in the Federal courts. (1926 Annotated Federal Equity Rules). Judge Sanborn, of the Eight Circuit, has said: "The union of legal and equitable causes of action in one suit is prohibited by §913, Revised Statutes (United States Comp. St., 1901, p. 683), and in removal cases, when such a union is permitted in the state courts from which they come, the causes of action must be separated into distinct actions at law and suits in equity in the national courts."
28. I am required to do equity and thus requires this suit to exclude the public and the press in order to protect the complainant, the court officers and the trustees from censorship clause in 1917 TWEA; also, due to the purely equitable nature of Affiant's rights require the public and press to be excluded during the entirety of the proceeding.
29. I hold all beneficial rights by nature in said Trusts under Natural law and relies heavily on the doctrines of equity jurisprudence to administer substantial justice which is preserved in the ancient English system we inherited and is almost unaffected by modern legal reform (Pomeroy §124 Eq. Juris.);
30. My *cestui que* rights of the Trusts is purely an equitable one, of which law courts refuse to take cognizance (Pom. Eq. Jur §219). Equity's first and foremost maxim "equity regards done that which ought to have been done. (2 Pomeroy's Equity Jurisprudence [5th ed], § 364, pp 10-12));
31. Therefore, my governing laws and the laws governing the special relation between the parties is Equity protected by Article III, §2, subdivision 1, of the Constitution of the United States of America, "The judicial power shall extend to all eases of law and

Page 4 of 6

equity arising under this Constitution, the laws of the United States, and treaties made or which shall be made under their authority" and Maxims of Equity:
- Equity acts upon the person, (forcing him to do what conscience requires.)
- Equity will not suffer a wrong without a remedy.
- Equity imputes an intention to fulfill an obligation.
- Equity acts specifically, and not by way of compensation.
- Equity regards that as done which ought to have been done.
- Equity requires him who seeks equity to do equity.
- Equity regards the beneficiary as the real owner.
- Equity delights to do complete justice, and not by halves.
- Equity acts for those disabled to act for themselves.
- Equity looks to the intent rather than to the form.
- Equity delights in equality.
- Equity requires diligence, clean hands and good faith.
- Equity will not aid a volunteer.
- Equity will not perfect an imperfect gift.

32. I am without notice, cause, evidence or proof that there is a superior legal cause by nature that excludes Affiant from a court of equity under the rules of Chancery while without the public and without marital due process, and I believe no such evidence exists;
33. I believe the Defendant(s) are public citizens and public persons, rebels and enemy belligerents under the War Powers Government, and I do not see any evidence they are private citizens of the Unites States, which serves as *prima facie* evidence of their inability to access or be seen in a court sitting in pure, inherent, exclusive Equity and therefore I require the court proceedings to be "Ex Parte" without the other parties due to the conflict of jurisdictional matter involving your Trading with the Enemy Act, its Censorship clauses therein, and your Emergency Banking Relief Act where Respondents have presented zero evidence to suggest they are of the same equitable and friendly status as I have, and I believe that no evidence exists that they are not enemy belligerents;

### Demand to Show Cause

Therefore, with the above affirmation of facts given above, I **Misty-Leann** respectfully demand that this court, acting *in good faith, with clean hands* and *due diligence* **show cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within 10 days from receipt of this Notice. Failure to show cause shall be construed as the court's agreement, consent and acquiescence to the facts herein, the status and standing of the Affiant/complainant to this equitable cause.

Further Affiant Sayeth Naught.

Respectfully forwarded,

I Misty-Leann: Thompson the natural woman described herein, solemnly swear and affirm under the Law of God and the Maxim of Equity that every statement given above was the whole truth to the best of my knowledge and ability.

IN WITNESS WHEREOF, *we* have hereunto set *our* hands and seal this 8th day of September in the year of our **Lord Jesus** the **Christ** Advocate two thousand twenty-four, and of the Independence of **The United States of America** the two-hundred and forty-eight.

_____
Misty-Lean: Thompson private American national
Grantee/Grantor/Settlor of Private Trust
Misty-Leann
Agent for private Trust "Misty Leann"
All rights reserved Without Prejudice


Private Tribunal of Witnesses

_____
Witness 1

_____
Witness 2

_____
Witness 3

Page **6** of **6**

SPECIAL TERM

## civilian cover sheet

complainant

misty-leann Thompson
private American national

defendant

54th Circuit Court as a whole
440 North State Street
Caro, Michigan [48723]

Tuscola Prosecutor Office as a whole
207 East Grant Street
Caro, Michigan [48723]

Michigan State Police, Caro Post as
a whole
1485 Cleaver Road
Caro, Michigan [48723]

Tuscola County Sheriff's Department
As a whole
420 Court Street
Caro, Michigan [48723]

The cause arose in Tuscola County

Defendant is an orthodox American and private citizen of the united states of America, residing within a non-military occupied private estate in of the several states, beneficiary to the national interest of the District of Columbia charter.

ex parte
state of michigan third judicial circuit court wayne county register of chancery
special cause, special session

destruction of core private inherent rights
conflict and variance of law
disclaim all trusteeship
notice and expression of private trust property
notice of special deposit back to original jurisdiction
notice of unregistered equitable interest in the private of same subject matter

Direct Judicial Power authorized by Article III, Section II and subsection I and the laws of the United States conferred by the Judiciary Act of A.D. 1789, section 11, section 16, section 20, first congress session one,

extra & special term

nature of the bill is extraordinary under judicial power, special and private, restricted, and confidential proprietary and privileged, not for publication

class action: no
dollar demand: no
jury demand: no

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Misty-Leann Thompson

**(b)** County of Residence of First Listed Plaintiff: Tuscola
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
54th Circuit Court, Tuscola Prosecutor Office, Michigan State Police, Tuscola Sheriff Dept

County of Residence of First Listed Defendant: Tuscola County, MI
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Case: 1:24-cv-12385
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 09-11-2024 At 11:52 AM
CMP MISTY LEANN THOMPSON V 54TH CIRCUIT COURT, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | / **Other:** | 462 Naturalization Application |  | [x] 950 Constitutionality of State Statutes |
|  | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 465 Other Immigration Actions |  |  |
|  | 448 Education / 550 Civil Rights |  |  |  |
|  | / 555 Prison Condition |  |  |  |
|  | / 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Core Private Inherent rights destroyed

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: September 11, 2024

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1.       Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.       Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes:

This is an original filing